# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5300**

**September Term, 2024**

**1:23-cv-02434-UNA**

**Filed On:** October 8, 2024

Rozina Kimani Muthoka,

      Appellant

    v.

League of Nations, et al.,

      Appellees

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**BEFORE:**    Henderson, Walker, and Childs, Circuit Judges

**J U D G M E N T**

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief filed by appellant. See Fed. R. App. P. 34(a)(2); D.C. Cir. Rule 34(j). Upon consideration of the foregoing, the supplement to the brief, the motion to appoint counsel, and the motion for an injunction, it is

**ORDERED** that the motion to appoint counsel be denied. In civil cases, appellants are not entitled to appointment of counsel when they have not demonstrated sufficient likelihood of success on the merits. It is

**FURTHER ORDERED** that the motion for an injunction be denied. Appellant has not demonstrated any legal entitlement to the relief requested. It is

**FURTHER ORDERED AND ADJUDGED** that the district court's October 20, 2023 order be affirmed. The district court properly dismissed appellant's complaint for failure to comply with Federal Rule of Civil Procedure 8(a). Appellant's complaint did not set forth "a short and plain statement of the claim showing that the pleader is entitled to relief," which is required in order to "give the defendant fair notice of what the . . . claim is and the grounds upon which it rests." Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555 (2007) (alteration in original). Additionally, appellant has forfeited any argument that the district court erred in concluding that she may not bring claims on behalf of a trust or a class, or with respect to the denial of leave to file in forma

**No. 23-5300**                    **September Term, 2024**

pauperis.  See United States ex rel. Totten v. Bombardier Corp., 380 F.3d 488, 497 (D.C. Cir. 2004) ("Ordinarily, arguments that parties do not make on appeal are deemed to have been waived.").

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:      /s/
Daniel J. Reidy
Deputy Clerk